IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CYNTHIA KENDRICK, JOHNNY P. KENDRICK and A.J.C., by and through Robert L. Childs, Jr. as his Next Friend, as Heirs to the ESTATE OF ANGEL MELODY KENDRICK, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF CULLEN TALTON, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 5:22-cv-381 (MTT) |

# ORDER

This action arises from the death of Angel Melody Kendrick while she was incarcerated at the Houston County Detention Center. Doc. 1. The matter is now before the Court on plaintiff counsel's third motion to amend the complaint and proposed amended complaint. Doc. 41. It appears that plaintiffs' counsel now alleges the joinder of parties with the capacity to bring claims arising from Kendrick's injuries and death while in custody of the defendants. Doc. 41-1. Because the Court finds good cause, the plaintiffs' motion for leave to amend (Doc. 41) is **GRANTED**. Plaintiffs shall promptly file their proposed amended complaint. The defendants may move to dismiss the amended complaint.

The Scheduling/Discovery Order (Doc. 16) is hereby amended as follows:

- Discovery shall be reopened and extended for a period of three months with all discovery to be complete by **March 31, 2024**.

- Plaintiffs must disclose the identity of any expert witness on or before **January 31, 2024**.

- Defendants must disclose the identity of any expert witness on or before **February 29, 2024**.

- Dispositive and *Daubert* motions are due by **April 30, 2024**.

No extensions will be granted.

**SO ORDERED**, this 29th day of December, 2023.

S/ Marc T. Treadwell  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT